UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHUBB NATIONAL INSURANCE
COMPANY,

    Plaintiff,                                   Case No. 3:20-cv-00083

vs.

BIG BOY MOVING & STORAGE, INC., *et al.*,    District Judge Michael J. Newman

    Defendants.

_____

**ORDER AND ENTRY: (1) GRANTING THE PARTIES' UNOPPOSED JOINT MOTION TO VOLUNTARILY DISMISS MOVE QUICK, INC. (DOC. 21) AS A PARTY TO THIS ACTION; (2) DISMISSING ALL CLAIMS AND CROSS-CLAIMS AGAINST DEFENDANT MOVE QUICK, INC. WITHOUT PREJUDICE; AND (3) TERMINATING DEFENDANT MOVE QUICK, INC. AS A PARTY TO THIS CASE**

_____

This civil case is before the Court on the joint motion of Plaintiff and Defendant Big Boy Moving & Storage, Inc. ("Big Boy") to voluntarily dismiss all claims and cross-claims asserted against Defendant Move Quick, Inc. ("Move Quick") pursuant to Fed. R. Civ. P. 21.[1]  Doc. 21. For good cause shown, and absent opposition, the Court **ORDERS** as follows: (1) the parties' unopposed joint motion to voluntarily dismiss all claims and cross-claims against Defendant Move Quick (doc. 21) is **GRANTED**; (2) all claims and cross-claims against Defendant Move Quick are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 21; and (3) Defendant Move Quick is **TERMINATED** as a party to this case.

---

[1] Parties specifically seek to dismiss Plaintiff's claims against Move Quick as well as Defendant Big Boy's cross-claims against Move Quick. Defendant Big Boy may wish to pursue its claims against Move Quick in an independent action in an appropriate court in Florida, where Big Boy and Move Quick are each located. Therefore, all claims against Move Quick are dismissed.

2

Plaintiff's claims against Defendant Big Boy are the only claims that remain pending. Counsel for these parties have informed the Court that they have reached a settlement on these remaining claims and that they anticipate filing a stipulation of dismissal forthwith.

**IT IS SO ORDERED.**

Date:   November 30, 2020                           s/ Michael J. Newman
                                                                                    Michael J. Newman
                                                                                   United States District Judge